**Important Privacy Notice**

Federal Rule of Civil Procedure 5.2 prohibits litigants in a non-habeas proceeding from submitting documents that contain personal information. Unless the Court orders otherwise, personal identifying information in Court filings must be limited as follows:

• Social security numbers, taxpayer-identification numbers, and financial **account numbers must include only the last four digits** (e.g., xxx-xx-1234)

• Birth dates must **include the year of birth only** (e.g., xx/xx/2000)

• Names of persons under the age of 18 must be indicated by **initials only** (e.g., A.B.)

You are responsible for protecting the privacy of this information in your filings. If your documents, including attachments, contain any information that does not comply with this rule, please black out that information before sending your documents to the Court.

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**HOW TO PROCEED WITH AN EMPLOYMENT DISCRIMINATION OR
REHABILITATION ACT LAWSUIT**

**INSTRUCTIONS FOR A PERSON WITHOUT AN ATTORNEY**

This packet contains forms to permit you to file the following:

Form 1.     Civil Complaint

Form 2.     Description of Lawsuit for Court Assignment

Form 3.     Application to Proceed In Forma Pauperis (for people unable to pay the filing fee)

Form 4.     Request for Appointment of Attorney

**GENERAL INSTRUCTIONS**

**FORM 1 – CIVIL COMPLAINT**

You should fill out and file Form 1 – Civil Complaint.   When filling out the complaint, you should remember the following:

1)  You are the plaintiff.   The defendant(s) is the employer(s) being sued.   If you are filing against a government agency or department, use the title of the head of that agency or department – such as Postmaster General, Secretary of the Navy, Secretary of Welfare of Pennsylvania, etc.

2)  Your complaint must be legibly printed by hand or typewritten.

3)  You must personally sign your complaint and declare under penalty of perjury that the facts you allege are correct.

4)  You must attach to the complaint a copy of your Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.   The complaint must be filed within the time specified in your Notice of Right to Sue Letter.

**FORM 2 – DESCRIPTION OF LAWSUIT FOR COURT ASSIGNMENT**

When you file your complaint, you must also complete and file an original and one copy of Form 2 – Description of Lawsuit for Court Assignment.

(Rev. 5/2017)

-1-

## FORM 3 – MOTION TO PROCEED IN FORMA PAUPERIS ("IFP")

In order for the complaint to be filed, it must be accompanied by the filing fee of $350 plus a $52.00 Administrative Fee. If you are unable to pay the filing fee, you must file Form 3 – Motion to Proceed In Form Pauperis with the complaint. On Form 3, you must provide an explanation for why you are unable to pay the filing fee. For example: "I am unemployed and have no money except unemployment compensation." Or: "I earn $____ a week and must support a family of ____."

The judge assigned to your case will decide whether to grant you permission to file your case in forma pauperis. If the judge grants you permission to proceed in forma pauperis, then the U.S. Marshal's Office will serve copies of your complaint on the defendant(s). Therefore, you must give the correct name and address of each defendant.

If the judge does not grant permission to proceed in forma pauperis, then you must pay the $350 filing fee. You then must arrange to serve the complaint on the defendant(s). The U.S. Marshal's Office will **not** automatically serve the complaint for you if you are not granted in forma pauperis status.

## FORM 4 – REQUEST FOR APPOINTMENT OF ATTORNEY

If you desire to have an attorney and believe you are entitled to have one appointed, you should file Form 4 – Request for Appointment of Attorney. Attorneys are selected from the Plaintiff's Employment Panel, as outlined in the enclosed Program Description. Please read this enclosure carefully.

You may obtain a copy of your investigative file. Federal employees may do so from the federal agency involved by calling that agency. Other employees can obtain a copy from the Equal Employment Opportunity Commission (EEOC) by writing to:

> Fredricka Warren
> Christine Spriggs
> EEOC, Information Specialists
> 801 Market Street, Suite 1300
> Philadelphia, PA 19107

When you have completed your forms, may be filed using the EDS system on the website https://www.paed.uscourts.gov/pro-se/pro-se-eds, bring them in person or mail them to:

> Clerk of Court
> United States District Court
> 601 Market Street, Room 2609
> Philadelphia, PA 19106-1797

If you have any questions, you may call the Clerk's Office at (215) 597-7704 and ask for the Pro Se Writ Clerk.

**NOTE:** You should keep a copy of the forms that you file for your records.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Caption:
Maurice Nelson Clark

*Full name(s) of Plaintiff(s)*

v.

The Hospital of the University of Pennsylvania
Inpatient Pharmacy Department

*Full name(s) of Defendant(s)*

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

CIVIL ACTION
NO._____

This action is brought for discrimination in employment pursuant to (check only those that apply):

√    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission, and you must have been at least 40 years old at the time you believe that you were discriminated against.*

_____    Americans with Disability Act of 1990, as codified, 42 U.S.C. §§ 12112-12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____    Pennsylvania Human Relations Act, as codified, 43 Pa. Cons. Stat. §§ 951-963 (race, color, family status, religious creed, ancestry, handicap or disability, age, sex, national origin, the use of a guide or support animal because of blindness, deafness or physical handicap of the user or because the user is a handler or trainer of support or guide animals).

(Rev. 10/2009)

-1-

> **NOTE:** *In order to bring suit in federal district court under the Pennsylvania Human Relations Act, you must first file a complaint with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations, and then you must wait one year prior to filing a lawsuit.*

**I.     Parties in this complaint:**

A.   List your name, address and telephone number.   Do the same for any additional plaintiffs named.   Attach additional sheets of paper as necessary.

Plaintiff    Name: Maurice Nelson Clark
Street Address: 203 Goldleaf Drive East
County, City: Middletown
State & Zip: Delaware, 19709
Telephone Number: 215-307-9350

B.   List all defendants' names and the address where each defendant may be served.   Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page.   Attach additional sheets of paper as necessary.

Defendant    Name: The Hospital of the University of Pennsylvania
Street Address: 3400 Spruce Street
County, City: Philadelphia
State & Zip: Pennsylvania, 19104
Telephone Number: 215-662-4000

C.   The address at which I sought employment or was employed by the defendant(s) is:

Employer: The Hospital of the University of Pennsylvania
Street Address: 3400 Spruce Street
County, City: Philadelphia
State & Zip: Pennsylvania, 19104
Telephone Number: 215-662-4000

**II.    Statement of the Claim**

A.   The discriminatory conduct of which I complain in this action includes (*check only those that apply to your case*):

_____   Failure to hire me

_____   Termination of my employment

_____   Failure to promote me

-2-

    \_\_\_\_    Failure to reasonably accommodate my disability

    \_\_\_\_    Failure to reasonably accommodate my religion

    \_\_\_\_    Failure to stop harassment

    \_\_\_\_    Unequal terms and conditions of my employment

    \_\_\_\_    Retaliation

    ✓    Other (*specify*): Unequal administration of disciplinary policy based on race

**NOTE:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court.*

B.    It is my best recollection that the alleged discriminatory acts occurred or began on or about: (month) May, (day) 25, (year) 2022.

C.    I believe that the defendant(s) (check one):

    ✓    is still committing these acts against me.
    \_\_\_\_    is **not** still committing these acts against me.

D.    Defendant(s) discriminated against me based on my (*check only those that apply and state the basis for discrimination, for example, what is your religion, if religious discrimination is alleged*):

    ✓    race Black    \_\_\_\_ color _____

    \_\_\_\_    religion _____    \_\_\_\_ gender/sex _____

    \_\_\_\_    national origin _____

    \_\_\_\_    age    My date of birth is _____ (*Give your date of birth only if you are asserting a claim of age discrimination*)

E.    The facts of my case are as follow (*attach additional sheets of paper as necessary*):

On May 25, 2022, my managers Sarah Erush and Cassandra Bellamy requested my attendance for a meeting where I was provided a write-up for being found allegedly sleeping on the job in the emergency department of the Hospital of the University of Pennsylvania. The reporter claimed to have found me twice. I asked my managers if they completed an investigation. They did not. I was disciplined with a written warning and a limitation of my overtime to 10 hours per pay period for 3 months beginning from the day of the write-up 05/25/2022.  I reported another team member who was found asleep me twice during the same shift and as a result did not complete her work. This employee was not investigated or disciplined. This employee did not have her overtime limited. I filed a complaint with the EEOC and issued a Right to Sue.

-3-

**NOTE:** *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the Pennsylvania Human Relations Commission, or the Philadelphia Commission on Human Relations.*

III.   **Exhaustion of Administrative Remedies:**

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on: _March 15, 2022_____ (*Date*).

B.   The Equal Employment Opportunity Commission (*check one*):

  ____   has not issued a Notice of Right to Sue Letter.
  _✓_   issued a Notice of Right to Sue Letter, which I received on _____(*Date*).

**NOTE:** *Attach to this complaint a copy of the Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

C.   *Only plaintiffs alleging age discrimination must answer this question.*

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct (*check one*):

  ____   60 days or more have passed.
  ____   fewer than 60 days have passed.

D.   It is my best recollection that I filed a charge with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct on: _____ (*Date*).

E.   Since filing my charge of discrimination with the Pennsylvania Human Relations Commission or the Philadelphia Commission on Human Relations regarding the defendant's alleged discriminatory conduct (*check one*):

  ____   One year or more has passed.
  ____   Less than one year has passed.

-4-

**IV.     Relief**

**WHEREFORE**, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs as well as (*check only those that apply*):

\_\_\_\_     Direct the defendant to hire the plaintiff.

\_\_\_\_     Direct the defendant to re-employ the plaintiff.

\_\_\_\_     Direct the defendant to promote the plaintiff.

\_\_\_\_     Direct the defendant to reasonably accommodate the plaintiff's disabilities.

\_\_\_\_     Direct the defendant to reasonably accommodate the plaintiff's religion.

\_\_\_\_     Direct the defendant to (*specify*):_____

✓        If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

\_\_\_\_     Other (*specify*):_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 5 day of December, 20 23.

Signature of Plaintiff
Address: 203 Goldleaf Drive East
Middletown
Delaware, 19709

Telephone number: 215-307-9350
Fax number (*if you have one*)
-5-

IV. Relief

**WHEREFORE**, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs as well as (*check only those that apply*):

- \_\_\_\_ Direct the defendant to hire the plaintiff.
- \_\_\_\_ Direct the defendant to re-employ the plaintiff.
- \_\_\_\_ Direct the defendant to promote the plaintiff.
- \_\_\_\_ Direct the defendant to reasonably accommodate the plaintiff's disabilities.
- \_\_\_\_ Direct the defendant to reasonably accommodate the plaintiff's religion.
- \_\_\_\_ Direct the defendant to (*specify*):_____
- ✓ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.
- \_\_\_\_ Other (*specify*):_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 5 day of December, 20 23.

Signature of Plaintiff _[signature]_
Address: 203 Goldleaf Drive East
Middletown
Delaware, 19709

Telephone number: 215-307-9350
Fax number (*if you have one*)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Philadelphia District Office
801 Market St, Suite 1000
Philadelphia, PA 19107
(267) 589-9700
Website: www.eeoc.gov

# DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 09/06/2023

**To:** Dr. Maurice N. Clark
458 Carson Ter
HUNTINGDON VY, PA 19006
Charge No: 530-2023-03748

EEOC Representative and phone:

Legal Unit Representative
267-589-9707

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Karen McDonough
09/06/2023

Karen McDonough
Deputy District Director

**Cc:**
Helen Logan
Hospital of the University of Pennsylvania
2929 Walnut Street, Suite 400
Philadelphia, PA 19104


Please retain this notice for your records.

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

**IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT**

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

**ATTORNEY REPRESENTATION**

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

**HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS**

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method).  You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request

identifying your request as a "FOIA Request" for Charge Number 530-2023-03748 to the District Director at Jamie Williamson, 801 Market St Suite 1000

Philadelphia, PA 19107.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 530-2023-03748 to the District Director at Jamie Williamson, 801 Market St Suite 1000

Philadelphia, PA 19107.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.