**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MAURICE NELSON CLARK** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 23-4853** |
| | : | |
| **THE TRUSTEES OF THE** | : | |
| **UNIVERSITY OF PENNSYLVANIA** | : | |

# ORDER

**AND NOW**, this 17th day of September 2024, upon considering Defendant's Motion for summary judgment (ECF 33), Plaintiff's Opposition (ECF 41), Defendant's Reply (ECF 42), and for reasons in today's accompanying Memorandum finding there are no genuine issues of material fact precluding judgment as a matter of law, and for good cause, it is **ORDERED** we:

1. **GRANT** Defendant's Motion (ECF 33) requiring we dismiss Plaintiff's claims;

2. **DENY** Defendant's Motion to strike Plaintiff's affidavit (ECF 43) as **moot**; and,

3. **DIRECT** the Clerk of Court **close** this case.

_____
**KEARNEY, J.**